Jeffrey N. Gesell (State Bar No. 200174)
jgesell@jonesturner.com
Mariyetta Meyers-Lopez (State Bar No. 244352)
mmeyers@jonesturner.com
JONES TURNER, LLP
2 Venture, Suite 220
Irvine, California 92618
Tel: 949-435-4100
Fax: 949-435-4105

JS-6

Attorneys for Plaintiff
OHIO SECURITY INSURANCE COMPANY

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLD BEAK, INC., EMRAN KHUWAJA also known as EMERONKHUWAJA, and Does 1-30,<br><br>Defendants. | Case No. 2:20-cv-09761-JFW-JC<br><br>(District Judge John F. Walter)<br><br>**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>First Amended Complaint Filed: 11/09/2020 |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff Ohio Security Insurance Company, on the one hand, and Defendant Gold Beak, Inc. and Emran Khuwaja, on the other hand, by and through their counsel of record, that the above captioned action shall be, and hereby is, dismissed without prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).

Each party shall bear its or his own fees and costs.

**IT IS SO STIPULATED**

DATED: November 12, 2021          JONES TURNER, LLP

                                  /s/Jeffrey N. Gesell
                                  _____
                                  Jeffrey N. Gesell
                                  Mariyetta Meyers-Lopez
                                  Attorneys for Plaintiff
                                  OHIO SECURITY INSURANCE COMPANY

DATED: November 12, 2021          LAW OFFICES OF GREGORY B. BYBERG

                                  [signature]
                                  _____
                                  Gregory B. Byberg
                                  Attorneys for Defendants
                                  GOLD BEAK, INC., EMRAN KHUWAJA

<u>**ATTESTATION REGARDING SIGNATURES**</u>

I, Jeffrey N. Gesell, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 12, 2021          JONES TURNER, LLP

                                  /s/Jeffrey N. Gesell
                                  _____
                                  Jeffrey N. Gesell

IT IS SO ORDERED.

Dated: November 15, 2021

                                  [signature]
                                  Hon. John F. Walter, U.S. District Court Judge